| | |
|---|---|
| 1 | MCGUIREWOODS LLP |
| | BETHANY GAYLE LUKITSCH (SBN 314376) |
| 2 | 355 S. Grand Avenue, Suite 4200 |
| | Los Angeles, California 90071-3103 |
| 3 | Telephone: (213) 457-9840 |
| 4 | Facsimile: (213) 457-9877 |
| | E-mail: blukitsch@mcguirewoods.com |
| 5 | |
| | MCGUIREWOODS LLP |
| 6 | PERRY W. MILES IV (Admitted *Pro Hac Vice*) |
| 7 | Gateway Plaza, 800 East Canal Street |
| | Richmond, Virginia 23219-3916 |
| 8 | Telephone: (804) 775-1000 |
| | Facsimile: (804) 775-1061 |
| 9 | E-mail: pmiles@mcguirewoods.com |
| 10 | Attorneys for Ford Motor Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY J. FARLOW, MATTHEW H. CLOUGH, CURTIS MCNEAL MERTZ, WILLIAM TSUMPES, JAMES HIGDON, DARYL ALEJANDRO, GARY O. PEDERSON, BOBBY J. GRIFFITH, BARRY R. GONSALVES, JOSEPH SAWICKI, ALLEN J. FOWLER, JAMES CROWELL, JR., KELLY ARNOLD, ROBERT C. HAUS, and WARREN STORY, each plaintiff is a citizen of the State of California and each plaintiff brings suit Individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation,<br><br>       Defendant. | CASE NO. 3:18-cv-06967-JD<br><br>The Hon. James Donato<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT FORD MOTOR COMPANY'S 28 U.S.C. § 1404(a) MOTION TO TRANSFER VENUE** |

1       WHEREAS, on August 9, 2019, the same three law firms representing the named Plaintiffs here filed a nearly identical complaint against Ford on behalf of a putative nationwide class in the Eastern District of Michigan. *Droesser v. Ford Motor Co.*, No. 5:19cv12365-JEL (E.D. Mich.). Ford moved to transfer *Farlow* (and two other cases *Nunez v. Ford Motor Co.*, 1:18cv25211 (S.D. Fla. filed Dec. 12, 2018), and *Stevens v. Ford Motor Co.*, No. 2:18cv456 (S.D. Tex. filed Dec. 20, 2018)) to the Eastern District of Michigan under 28 U.S.C. § 1404(a). *See, e.g.*, Motion to Transfer, *Farlow*, ECF No. 61 (Aug. 28, 2019).

      WHEREAS, shortly before Ford moved to transfer, those same three firms asked the Judicial Panel on Multidistrict Litigation ("JPML") to centralize the cases against Ford and other manufacturers in a multidistrict litigation ("MDL") under 28 U.S.C. § 1407. *See* Notice, ECF No. [59] (Aug. 23, 2019).

      WHEREAS this Court stayed all proceedings before it on September 9, 2019 pending the outcome of Plaintiffs' Motion before the JPML.

      WHEREAS on December 18, 2019, the JPML held centralization was unnecessary, and noted that "[i]f [Ford's 1404(a)] motions are granted, all four actions against Ford will be in a single district, further lessening any need for centralization." *In re: CP4 Fuel Pump Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2919, at 2 n.1 (Dec. 18, 2019).

      WHEREAS on December 20, 2019, Plaintiffs' counsel advised that they now are amenable to transfer of the *Farlow* matter to the Eastern District of Michigan for consolidation with the *Droesser* matter already pending there pursuant to 28 U.S.C. § 1404(a) and will not oppose Ford's pending motion.

      WHEREAS consolidation pursuant to 28 U.S.C. § 1404(a) will enhance the "convenience of the parties and witnesses" and is in the "interest of justice." Moreover, transfer to the Eastern District of Michigan is likewise proper as venue is proper in the Eastern District of Michigan, where Ford's principal place of business is located, and the *Farlow* matter and the *Droesser* matter share nearly identical allegations and legal theories.

      IT IS THEREFORE STIPULATED AND AGREED that this action be transferred to the E.D. Mich. as a related action to the *Droesser* matter, No. 5:19cv12365-JEL (E.D. Mich.).

| | | |
|---|---|---|
| 1 | Dated: January 17, 2020 | MCGUIREWOODS LLP |
| 2 | | By: */s/ Bethany Gayle Lukitsch* |
| | | Bethany Gayle Lukitsch |
| 3 | | Perry W. Miles IV |
| 4 | | Courtney Cook Shytle |
| | | 355 South Grand Avenue, Suite 4200 |
| 5 | | Los Angeles, CA 90071 |
| | | 213-627-2268 / Fax: 213-627-2579 |
| 6 | | E-mail: blukitsch@mcguirewoods.com |
| 7 | | E-mail: pmiles@mcguirewoods.com |
| | | E-mail: cshytle@mcguirewoods.com |
| 8 | | |
| | | *Attorneys for Ford Motor Company* |
| 9 | | |
| 10 | Dated: January 17, 2020 | HILLIARD, MARTINEZ, GONZALES LLP |
| 11 | | |
| | | By: */s/ Bradford P. Klager* |
| 12 | | Robert C. Hilliard (*Admitted Pro Hac Vice*) |
| 13 | | Marion Reilly (*Admitted Pro Hac Vice*) |
| | | Bradford P. Klager (*Admitted Pro Hac Vice*) |
| 14 | | Lauren Akers (*Admitted Pro Hac Vice*) |
| | | 719 S. Shoreline Boulevard |
| 15 | | Corpus Christi, Texas 78401 |
| | | 361-882-1612 / Fax: 361-882-3015 |
| 16 | | E-mail: bobh@hmglawfirm.com |
| 17 | | E-mail: marion@hmglawfirm.com |
| | | E-mail: brad@hmglawfirm.com |
| 18 | | E-mail: lakers@ hmglawfirm.com |
| | | E-mail: HMGservice@hmglawfirm.com |
| 19 | | |
| 20 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 21 | | Steve W. Berman (*Admitted Pro Hac Vice*) |
| | | Shana E. Scarlett |
| 22 | | Jeff D. Friedman |
| 23 | | 1301 Second Avenue, Suite 2000 |
| | | Seattle, Washington 98101 |
| 24 | | 206-623-7292 / Fax: 206-623-0594 |
| | | E-mail: steve@hbsslaw.com |
| 25 | | E-mail: shanas@hbsslaw.com |
| 26 | | E-mail: jefff@hbsslaw.com |
| 27 | | *Attorneys for Plaintiffs and the Proposed Class* |
| 28 | | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: January 23, 2020



The Honorable
United